UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. WEIBEL,

    Petitioner,

vs.

THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO,

    Respondents.

No. C 12-1346 PJH (PR)

**ORDER OF DISMISSAL**

This is a mandamus case filed pro se by a state prisoner. The petition was filed on March 16, 2012. On that same day the court notified petitioner that he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

This case is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 26, 2012.

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\HC.12\WEIBEL1346.dsm.wpd